IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JULIO DIAZ | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 18-104 |
| CITY OF PHILADELPHIA, *et al.* | : | |

## ORDER

**AND NOW**, on this 23rd day of March 2018, upon considering Defendant City of Philadelphia's Motion to Dismiss (ECF Doc. No. 7) with no timely Opposition and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant City's Motion (ECF Doc. No. 7) is **GRANTED** and Defendant City of Philadelphia is dismissed without prejudice to Plaintiff filing an amended complaint no later than **April 12, 2018** if he can plead facts showing Defendant City's liability consistent with our accompanying Memorandum and Fed.R.Civ.P. 11.

_____
KEARNEY, J.