# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JULIO DIAZ | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 18-104 |
| CITY OF PHILADELPHIA, *et al.* | : | |

## ORDER

**AND NOW**, this 19th day of July 2018, upon considering the remaining Defendant Corizon Health, Inc.'s Motion for summary judgment (ECF Doc. No. 28), Plaintiff's Response (ECF Doc. No. 32), and for reasons in the accompanying Memorandum, it is **ORDERED** Corizon Health, Inc.'s Motion for summary judgment (ECF Doc. No. 28) is **GRANTED** as Plaintiff fails to adduce evidence of a genuine issue of material fact as to Corizon Health, Inc.'s supervisory liability or otherwise as to John Doe medical professionals warranting judgment as a matter of law. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.